**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

November 5, 2019

A. Thompson Bayliss
Adam K. Schulman
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

T. Brad Davey
Andrew H. Sauder
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19899

RE: *Robert O. Carr v. Global Payments Inc. and Heartland Payment
Systems, LLC*; C.A. No. 2018-0565-SG; Motion for Reargument

Date Submitted: November 4, 2019
Date Decided: November 5, 2019

Dear Counsel:

Before me is Plaintiff's Motion for Reargument. The matter involves an advancement claim. I began the Memorandum Opinion under consideration by noting that such actions are often redolent of buyer's remorse. Any judicial decision granting a motion for reargument must be a subject of unqualified judicial remorse. This is such a decision.

My Memorandum Opinion of October 31, 2019 contains a basic and substantial error of fact. Upon review of the Plaintiff's Motion, it is clear that it must be withdrawn, which is the object of this Letter Order. Whether, and to what extent, the rectification of the error requires a substantive change in the outcome of the

advancement issue therein addressed awaits briefing on the Motion for Reargument, but it is clear that regardless of that ultimate outcome, the Memorandum Opinion should be, and hereby is, withdrawn.

I take exception to one assertion made in Plaintiff's Motion. He blames the error in the Memorandum Opinion on the Defendants. That assertion is misplaced. Responsibility rests solely with the finder of fact, the author of the Memorandum Opinion.

My Memorandum Opinion of October 31, 2019 is WITHDRAWN.

To the extent the foregoing requires an order to take effect, it is SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III